## In re Petition of Anthony Volpe to be Admitted a Citizen of the United States of America. Anthony Volpe, Appellant, v. United States of America, Appellee.

### Gen. No. 43,660.

opinion filed April 8, 1946; rehearing denied April 22, 1946; released for publication April 23, 1946. Guy C. Crapple, for appellant; J. Albert Woll, United States Attorney for Northern Dist. of Ill.; Antonio M. Gassaway and John Peter Lulinski, Assistant United States Attorneys, and Dewey G. Hutchinson, United States Naturalization Examiner, Dept. of Justice, Immigration and Naturalization Service. Opinion by JUSTICE NIEMEYER. Not to be published in full.